UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| BRENDA H. SOLIZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Case No. 5:16-370 |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Court **DENIES** the government's motion [63] for leave to amend its proposed findings of fact and conclusions of law.

Date: April 16, 2019

_____
Royce C. Lamberth
United States District Judge