UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

BRENDA H. SOLIZ,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

Civil Case No. 5:16-370

FILED
APR 1 7 2019
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

## ORDER & JUDGMENT

In accordance with the accompanying Findings of Fact & Conclusions of Law, the Court enters judgment in favor of the United States of America, dismissing this case with prejudice.

Date: April 17, 2019

                                                Royce C. Lamberth
                                                United States District Judge